UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY BUFORD,<br><br>  Plaintiff,<br><br>  v.<br><br>PAROLE AGENT MOUNTS, et al.,<br><br>  Defendants. | CV F- 02-6187 OWW DLB P<br><br>ORDER DIRECTING PLAINTIFF TO SUBMIT USM 285 FORMS FOR SERVICE |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is the amended complaint filed June 14, 2004. The complaint appears to state a cognizable claim for relief. Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following defendants:

    MOUNTS

    WORELY

2. The Clerk of the Court shall send plaintiff two (2) USM-285 forms, two (2) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the amended complaint filed June 14, 2004.

3. Within THIRTY (30) DAYS from the date of this Order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the

1   Court with the following documents:

2       a.    Completed summons;

3       b.    One completed USM-285 form for each defendant listed above; and

4       c.    Three (3) copies of the endorsed amended complaint filed June 14, 2004.

5   4.  Plaintiff need not attempt service on defendants and need not request waiver of

6   service.  Upon receipt of the above-described documents, the court will direct the

7   United States Marshal to serve the above-named defendants pursuant to Federal Rule

8   of Civil Procedure 4 without payment of costs.

9   5.  <u>The failure to comply with this Order will result in a Recommendation that this action

10  be dismissed.</u>

12  IT IS SO ORDERED.

13     **Dated:**   **September 26, 2005**                  **/s/ Dennis L. Beck**
   3c0hj8                                         UNITED STATES MAGISTRATE JUDGE