UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TIMOTHY BUFORD, | ) | 1:02-CV-6187 OWW DLB P |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING EXTENSION OF TIME |
| | ) | |
| v. | ) | (DOCUMENT #54) |
| | ) | |
| PAROLE AGENT MOUNTS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On February 10, 2006, defendants filed a motion to extend time to file a responsive pleading to the amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Defendants are granted thirty days from the date service of the third amended complaint in which to file their responsive pleading.

IT IS SO ORDERED.

**Dated:    March 7, 2006**                             **/s/ Dennis L. Beck**
3c0hj8                                                                      UNITED STATES MAGISTRATE JUDGE