UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY BUFORD, | 1:02-cv-06187-OWW-DLB-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 58) |
| vs. | **ORDER DISMISSING CERTAIN CLAIMS** |
| PAROLE AGENT MOUNTS, et al., | |
| Defendants. | **ORDER DIRECTING DEFENDANTS TO RESPOND TO THIRD AMENDED COMPLAINT** |

Plaintiff, Timothy Buford ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On March 13, 2006, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within thirty (30) days. On April 13, 2006, plaintiff filed a motion to extend time. On May 17, 2006, the court granted plaintiff an additional thirty (30)

1

days within which to respond.  To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed March 13, 2006, are ADOPTED IN FULL;

2. This action proceed only against defendants Mounts, Worely, and Gipson on the Fourth Amendment and Retaliation claims;

3. All other claims are DISMISSED; and,

4. Defendants respond to the third amended complaint within **twenty (20) days** from the date of service of this order.

IT IS SO ORDERED.

**Dated:   August 6, 2006**                    **/s/ Oliver W. Wanger**
emm0d6                                          UNITED STATES DISTRICT JUDGE

2