UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TIMOTHY BUFORD, | ) | CV F- 02-6187 OWW DLB P |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING PLAINTIFF'S |
| | ) | REQUEST TO STRIKE MOTION TO |
| v. | ) | AMEND |
| | ) | Docs. 65, 68 |
| PAROLE AGENT MOUNTS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983.  On May 10, 2006, plaintiff filed a motion to for leave to file a fourth amended complaint notwithstanding the Court's earlier order of April 27, 2006, denying leave to file a fourth amended complaint.  On August 11, 2006, plaintiff filed a motion to strike his May 10, 2006 motion, stating that he was prepared to proceed with the third amended complaint as ordered by the court on August 9, 2006.

Accordingly, plaintiff''s motion to strike his motion of May 10, 2006 is HEREBY GRANTED.  Plaintiff's May 10, 2006 Motion, Document No. 65, is HEREBY STRICKEN from the record.

IT IS SO ORDERED.

Dated:   **March 6, 2007**                    **/s/ Dennis L. Beck**

1  3c0hj8 UNITED STATES MAGISTRATE JUDGE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28