UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY BUFORD,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PAROLE AGENT MOUNTS, et al.,<br><br>　　　　Defendants.<br>_____/ | 1:02-cv-06187-OWW-DLB-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 75)<br><br>**ORDER GRANTING MOTION TO DISMISS** (Doc. 69)<br><br>**ORDER REVOKING IN FORMA PAUPERIS STATUS**<br><br>**ORDER DIRECTING PLAINTIFF TO SUBMIT $150.00 FILING FEE WITHIN THIRTY DAYS** |

　　　Plaintiff, Timothy Buford ("plaintiff"), is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

　　　On February 22, 2007, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within twenty (20) days.  On March 14, 2007, plaintiff filed objections to the Magistrate Judge's Findings and Recommendations.

1

1   In accordance with the provisions of 28 U.S.C.
2 § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3 <u>de novo</u> review of this case.  Having carefully reviewed the
4 entire file, the Court finds the Findings and Recommendations to
5 be supported by the record and by proper analysis.
6   Accordingly, IT IS HEREBY ORDERED that:
7   1.  The Findings and Recommendations, filed February 22,
8 2007, are ADOPTED IN FULL;
9   2.  Defendants' motion to dismiss, filed August 24, 2006,
10 is GRANTED;
11   3.  Pursuant to 28 U.S.C. § 1915(g), plaintiff's in forma
12 pauperis status in this action is REVOKED;
13   4.  Plaintiff submit the $150.00 filing fee in full within
14 **thirty (30) days** from the date of service of this order; and,
15   5.  If plaintiff fails to pay the $150.00 filing fee in
16 full within thirty (30) days, this action be dismissed, without
17 prejudice.
18 IT IS SO ORDERED.
19 **Dated:   April 27, 2007**              **/s/ Oliver W. Wanger**
                                          UNITED STATES DISTRICT JUDGE

2