IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY BUFORD,<br><br>        Plaintiff,<br><br>    vs.<br><br>PAROLE AGENT MOUNTS, et al.,<br><br>        Defendant. | No. CV-F-02-6187 OWW/DLB P<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR RELIEF FROM ORDER AND JUDGMENT AND/OR MOTION TO ALTER JUDGMENT PURSUANT TO RULE 59(e) AND/OR 60(b)(6)   (Doc. 83) |

Plaintiff moves to vacate the Order Denying Plaintiff's Motion for Reconsideration filed on May 30, 2007.

Plaintiff's motion is DENIED. The arguments presented by Plaintiff were considered by the Court in denying Plaintiff's motion for reconsideration.

IT IS SO ORDERED.

Dated:   June 13, 2007                         /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE

1