IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY BUFORD, | CASE NO. CV-F-02-6187 OWW DLB P |
| Plaintiff, | ORDER DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO PAY FILING FEE |
| vs. | |
| MOUNTS, et al., | |
| Defendants. | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On Aoril 27, 2007, pursuant to 28 U.S.C. § 1915(g), the court revoked plaintiff's request for leave to proceed in forma pauperis and ordered plaintiff to pay the $150.00 filing fee in full within thirty days. Plaintiff was warned that the failure to obey the court's order would result in dismissal of this action, without prejudice. More than thirty days have passed and plaintiff has not complied with or otherwise responded to the court's order.

Accordingly, this is action is hereby dismissed, without prejudice, based on plaintiff's failure to obey the court's order to pay the $150.00 filing fee.

IT IS SO ORDERED.

**Dated:    February 4, 2008**            /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE