# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TIMOTHY BUFORD, | ) | 1:02-cv-6187 OWW DLB P |
| | ) | |
| Plaintiff, | ) | ORDER RE: MOTION FOR |
| | ) | EXTENSION OF TIME TO PAY |
| v. | ) | FILING FEE |
| | ) | |
| PAROLE AGENT MOUNTS, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

In this case, on April 27 2007, the Court entered an Order Adopting Findings and Recommendations of the Magistrate Judge which revoked the Plaintiff's forma pauperis status and directed he pay the filing fee within thirty days or the case would be dismissed. Plaintiff filed a Motion for Reconsideration on May 14, 2007. The Motion for Reconsideration was denied by order of this Court of May 30, 2007.

In the interim, Plaintiff filed a Motion for Extension of Time to Pay the Filing Fee on May 30, 2007. On June 11, 2007, Plaintiff filed a Motion for Relief from Order on Motion for Reconsideration. On June 13, 2007, this Court issued orders denying the Motion for Relief from Order and Judgment and/or to Alter Judgment pursuant to Rule 59(e) and/or 60(b)(6).

1

1  Thereafter, Plaintiff filed a Notice of Appeal of his Motion for
2  Reconsideration, (Doc. 81), Order on Motion for Miscellaneous
3  Relief (Doc. 84), and Order Adopting Findings and Recommendations
4  Dismissing Case (Doc. 79).  The appeal was dismissed by order of
5  the Court of Appeal on January 3, 2008.
6      Plaintiff filed a Notice of Change of Address to 5325 Broder
7  Boulevard, Dublin, CA 94568 on January 22, 2008.  The Motion for
8  Extension of Time to Pay Filing Fee has been mooted by subsequent
9  proceedings and is DENIED.

11  IT IS SO ORDERED.
12  Dated:   March 19, 2008                /s/ Oliver W. Wanger
                                           UNITED STATES DISTRICT JUDGE